UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-340-H

DEAN MORGAN, a minor, who sues by and
through his parents and next friends,
GREG and CINDY MORGAN                                                                     PLAINTIFF

V.

GALYAN'S TRADING COMPANY, INC.                                                     DEFENDANT

## MEMORANDUM OPINION AND ORDER

The above-styled case came before the undersigned for a pretrial conference on August 25, 2005. There participating were Mr. Eric J. Haner, on behalf of Plaintiff; and on behalf of Defendant, Galyan's Trading, Ms. Sheldon Haden; and on behalf of Body-Solid, Mr. David Hemminger. The Court discussed several pending motions and the proposed schedule leading to trial.

Defendant, Galyan's Trading Company, Inc. ("Galyan's") has filed a third party complaint against Body Solid asserting comparative negligence and indemnity. Body Solid has moved to dismiss the indemnity portion of the claim. Here, Galyan's and Body Solid are certainly *in pari delicto*. Under no circumstances could Galyan's be merely constructively at fault for Body Solid's active negligence. Consequently, Galyan's complaint for indemnity is appropriately dismissed. Body Solid will remain as a defendant for purposes of apportionment of comparative fault, if any.

Galyan's has moved for summary judgment with respect to the premises liability claim

against it.  Only a cursory review of the file is necessary to determine that the testimony of various witnesses on material facts is in dispute.  The parties disagree about the steps required to make the store reasonably safe for patrons.  The testimony differs as to whether any employees of Galyan's attempted to dissuade Plaintiff from using any of its exercise equipment.  On these grounds alone the motion for summary judgment must be denied.

Plaintiff has moved to strike the expert testimony of Steve Bernheim.  The Court discussed this issue at length with the parties and it has set forth a schedule for the filing of a revised expert disclosure and an opportunity for Plaintiff to make further objections.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion of Body Solid to dismiss the indemnity claims of Galyan's Trading Company is SUSTAINED and that indemnity claim is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion for summary judgment of Galyan's Trading Company is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion to strike the testimony of Steve Bernheim is DENIED at this time and the Court has set deadlines for the refiling of the Rule 26 disclosures.

IT IS FURTHER ORDERED that the parties may file additional motions on or before **October 7, 2005**.  A final pretrial conference is scheduled for **October 11, 2005 at 10:00 a.m.**

cc: Counsel of Record